IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BAHIR SMITH, on behalf of himself and all others similarly situated, | : : : : | CIVIL ACTION |
| Plaintiff, | : : | |
| v. | : : : | |
| HIRERIGHT SOLUTIONS, INC. and USIS COMMERCIAL SERVICES, INC., | : : : | NO. 09-6007 |
| Defendant. | : : | |

**ORDER**

AND NOW, this 11th day of *May*, 2010, upon consideration the Motion to Dismiss Plaintiff's Complaint by Defendant HireRight Solutions, Inc., f/k/a USIS Commercial Services, Inc. (Docket No. 10), the Response of Plaintiff Bahir Smith (Docket No. 17), and Defendant's Reply Brief (Docket No. 20), it is hereby **ORDERED** that the Motion is **DENIED**. Defendant shall file an Answer to the Complaint within fourteen (14) days from the date of this Order, as provided by Federal Rule of Civil Procedure 12(a)(4)(A).

BY THE COURT:

RONALD L. BUCKWALTER, S.J.