# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BAHIR SMITH, on behalf of himself and all others similarly situated, | : : : : | CIVIL ACTION |
| Plaintiff, | : : | |
| v. | : : | |
| HIRERIGHT SOLUTIONS, INC. and USIS COMMERCIAL SERVICES, INC., | : : : | NO. 09-6007 |
| Defendant. | : : | |

## ORDER

**AND NOW**, this 7th day of *June*, 2010, upon consideration of the Motion by Defendants HireRight Solutions, Inc. and USIS Commercial Services, Inc. to Transfer Pursuant to 28 U.S.C. § 1404 (Docket No. 19), the Response of Plaintiff Bahir Smith (Docket No. 23), and Defendants' Reply Brief (Docket No. 26), it is hereby **ORDERED** that the Motion is **GRANTED** and that this case shall be **TRANSFERRED** to the United States District Court for the Northern District of Oklahoma.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.